# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### MARTINSBURG

| | |
|---|---|
| JAMES WILLIAMS and DANIEL NESSIM, on behalf of themselves and all others, | |
| Plaintiffs, | Civil Action No. 3:17-CV-92 (Chief Judge Groh) |
| v. | |
| SOC LLC, doing business as SOC West Virginia LLC doing business as Day and Zimmerman Federal Services, | |
| Defendant. | |

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs James Williams and Daniel Nessim, by and through their undersigned counsel, hereby move for an order granting approval of a settlement reached in this matter.  Plaintiffs request, and Defendant SOC LLC does not oppose, that the Court find that the settlement constitutes a fair and reasonable resolution of a *bona fide* dispute of claims under the Fair Labor Standards Act.

This Motion is based on the accompanying Memorandum of Law, the associated exhibits, and the entire record of this action.

WHEREFORE, the Court should approve the settlement and enter the accompanying proposed order.

DATED:  September 17, 2018          ADAMS LAW FIRM, PLLC
                                    *Attorneys for Plaintiffs*

                                    By:  /s/ Jared Adams
                                    Jared Adams

PO Box 755
Martinsburg, WV 25402
304.881.1152
jared@adamslawfirmpllc.com

Andrew Woellner, Esq.
awoellner@potts-law.com
Potts Law Firm, LLP
3737 Buffalo Speedway, Suite 1900
Houston, TX  77098

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

| | |
|---|---|
| JAMES WILLIAMS and DANIEL NESSIM, on behalf of themselves and all others, | |
| Plaintiffs, | Civil Action No. 3:17-CV-92 (Chief Judge Groh) |
| v. | |
| SOC LLC, d/b/a SOC West Virginia LLC d/b/a Day and Zimmerman Federal Services, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2018, I electronically filed the foregoing Plaintiffs'

Unopposed Motion for Approval of Settlement with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to counsel listed below:

Larry J. Rector (WV Bar #6418)
larry.rector@steptoe-johnson.com
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV  26330

Michael J. Puma (*admitted pro hac vice*)
michael.puma@morganlewis.com
Morgan, Lewis & Bockius LLP
1701 Market Street, 6th Floor
Philadelphia, PA  19103

*Attorneys for Defendant*

/s/ Jared Adams
Jared Adams